RICHARD T. BOWLES (# 46234)
ROBERT I. WESTERFIELD (# 112183)
BRIAN D. HORWITZ (# 221550)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com

Attorneys for Plaintiff
P D Q PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P D Q PRODUCTS, INC., a California corporation,<br><br>             Plaintiff,<br><br>    vs.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire corporation, INTERWEST INSURANCE SERVICES, INC., a California Corporation, EMILY CLARK, an individual, and DOES 1- 40,<br><br>             Defendant. | **CASE NO.: C 11-02628-CW**<br><br>**CONTRA COSTA COUNTY SUPERIOR COURT CASE NO C11-00955**<br><br>**STIPULATION AND (PROPOSED) ORDER TO REMAND CASE TO STATE COURT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the parties in this action stipulate, through their undersigned counsel, that the matter now pending before the above-entitled court be remanded to the Superior Court of the State of California at the County of Contra Costa (Superior Court Case No. C11-00955.) A copy of this stipulation is being filed concurrently with the Superior Court of the State of California at the County of Contra Costa.

**SO STIPULATED:**

Dated: _____    BOWLES & VERNA LLP

By: _____
    RICHARD T. BOWLES
    ROBERT I. WESTERFIELD
    BRIAN D. HORWITZ
    Attorneys for Plaintiff
    P D Q PRODUCTS, INC.

Date:    ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
    PAMELA E. COGAN
    HANA A. HARDY
    Attorneys for Defendant
    PEERLESS INSURANCE COMPANY

### ORDER

Approved and it is hereby ordered that this matter be remanded to the Superior Court of the State of California at the County of Contra Costa.

Date:  **6/20/2011**    _/s/ Claudia Wilken_
    Judge of the Northern District of California

---